IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MEREDITH M. McCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-02408-DCN-TER |
| | ) | |
| SPARC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO PERMIT
## INSURANCE REPRESENTATIVE TO ATTEND MEDIATION BY TELEPHONE

**THIS MATTER** came before the Court on the Defendant's Motion for Leave to permit its insurance representative to attend mediation by telephone.

For good cause shown, it is hereby **ORDERED** as follows:

1.     The Defendant's Motion for Leave is **GRANTED**.

2.     The Defendant's insurance representative is hereby excused from attending the Parties' mediation in person but must participate in the mediation by telephone.

**SO ORDERED** this 30th day of September, 2016.


 s/Thomas E. Rogers, III
The Honorable Thomas E. Rogers, III
United States Magistrate Judge